Steven R. SANCHEZ, Plaintiff–Appellant,

v.

Michael J. ASTRUE, Commissioner, Social Security Administration, Defendant–Appellee.

No. 06–56505.

United States Court of Appeals, Ninth Circuit.

April 16, 2008.

Stephanie M. Simpson, Esq., Northridge, CA, for Plaintiff-Appellant.

Armand D. Roth, Esq., Social Security Administration Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

BEFORE: CANBY and BYBEE, Circuit Judges, and HUNT,* District Judge.

ORDER

The motion of respondent for judicial notice of certain material not presented to the district court is DENIED.

* The Honorable Roger L. Hunt, United States District Judge for the District of Nevada, sit-